IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

W. KIRB QUALLS, JR., )
       Plaintiff )
 )
 )      Civil Action No.: JFM-02-543
 )
v. )
 )
 )
GIANT FOOD, INC., et al., )
 )
       Defendants )

ORDER

For the reasons stated in the accompanying Opinion and in the related Opinion in the case of Carson v. Giant Food, Inc., JFM-96-2882, it is, this 20th day of February 2002

ORDERED

1. Defendants' motions for summary judgment against Plaintiff on all causes of action in Plaintiff's complaint are Granted; and

2. Judgment is hereby entered in favor of the Defendants.

                                       J. Frederick Motz
                                       United States District Judge

